**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**
**AT SEATTLE**

| | |
|---|---|
| SARA G. BIRRU,<br><br>　　　　　　　Plaintiff,<br><br>v.<br><br>UNITED STATES POSTAL SERVICE,<br>SUNG K. CHONG and JANE DOE CHONG,<br>agents of the U.S. Postal Service, individually<br>and their marital community,<br><br>　　　　　　　Defendants. | CASE NO. 2:22-cv-00414<br><br>**COMPLAINT FOR DAMAGES UNDER THE FEDERAL TORT CLAIMS ACT** |

COMES NOW the Plaintiff, by counsel, and for a cause of action against the defendants alleges as follows:

**I.**
**INTRODUCTION**

1. This action is brought pursuant to Federal Tort Claims Act, (28 U.S.C. § 2671- *et seq*) and 28 U.S.C. § 1346(b)(1) for negligence in connection with the motor vehicle accident on April 19, 2019.

2. The claims herein are brought against the Defendants pursuant to the Federal Tort Claims Act, (U.S.C. 28 § 2671- *et seq*) and 28 U.S.C. § 1346(b)(1), for money damages as compensation for personal injuries caused by the Defendant Sung Chong's negligence.

COMPLAINT FOR DAMAGES
UNDER THE FEDERAL TORT CLAIMS ACT – 1

AMSALE ABERRA LAW, PLLC
14205 SE 16TH ST., SUITE 100
BELLEVUE, WA 98006
(206) 734-7614 – PHONE
(206) 274-4836 – FAX
EMAIL: amsale@aberralaw.com

3. The Plaintiff has fully complied with the provisions of 28 U.S.C. § 2675 of the Federal Tort Claims Act. *Standard Form 95 is attached as Exhibit 1. The table of contents showing the evidence submitted to support the administrative claim is attached as Exhibit 2.*

4. This suit has been timely filed, in that Plaintiff timely served notice of her claim on the United States Postal Service less than two years after the incident forming the basis of this suit. Six months having elapsed after the Plaintiff submitted an administrative claim, all conditions precedent to a Federal Tort Claims Act have been met. *Acknowledgment Receipt of the Administrative Claim attached as Exhibit 3.*

## II.
## PARTIES

5. The Plaintiff, Sara Birru, is at all times relevant hereto was, a resident of Snohomish County.

6. Defendant United States Postal Service is an appropriate Defendant under the Federal Tort Claims Act.

7. Defendants Sung Chong and Jane Doe Chong are Unites States Postal Service agents and are sued in their individual capacity.

8. At all times relevant to this Complaint, Defendant Sung Chong was employed by and or acting on behalf of Defendant United States Postal Service.

9. Defendants Sung Chong and Jane Doe Chong are spouses and constitute a marital community under the laws of the State of Washington. The obligations of Defendants Sung Chong and Jane Doe Chong are their joint and separate obligations and the obligations of their marital community. Defendants Sung Chong and Jane Doe Chong reside in Washington State and regularly transact in business in Snohomish County,

COMPLAINT FOR DAMAGES
UNDER THE FEDERAL TORT CLAIMS ACT – 2

AMSALE ABERRA LAW, PLLC
14205 SE 16TH ST., SUITE 100
BELLEVUE, WA 98006
(206) 734-7614 – PHONE
(206) 274-4836 – FAX
EMAIL: amsale@aberralaw.com

Washington. Plaintiff sues Defendant Jane Doe Chong under a fictitious name and will substitute her true name when the same is ascertained.

### III.
### JURISDICTION AND VENUE

10. Jurisdiction is proper under 28 U.S.C. § 1346(b)(1).

11. On April 15, 2021, the Plaintiff timely filed an administrative claim pursuant to the Federal Tort Claims Act with the USPS. Six months having elapsed since the date of filing of the administrative claim, this action is timely filed pursuant to 28 U.S.C. § 2401(b).

12. Venue is proper under 28 U.S.C. § 1402(b) in that all, or a substantial part of the acts and omissions forming the basis of these claims occurred in the Western District of Washington.

13. Venue is also proper in this District pursuant to 28 U.S.C. § 1391(e).

### IV.
### FACTS

14. On April 19, 2019, Defendant Sung Chong was driving his vehicle northbound on Highway 99 towards the intersection of Highway 99 and 176th Street SW, in Lynnwood, Washington.

15. Defendant Sung Chong was driving a 2000 Utilimaster Postal Truck in the outside Lane on Highway 99.

16. The intersection of Highway 99 and 176th Street SW is controlled by traffic lights.

17. The traffic light at the intersection of Highway 99 and 176th Street SW was solid red for Defendant Sung Chong.

18. Defendant Sung Chong continued driving despite a red traffic light at the intersection of Highway 99 and 176th Street SW.

COMPLAINT FOR DAMAGES
UNDER THE FEDERAL TORT CLAIMS ACT – 3

AMSALE ABERRA LAW, PLLC
14205 SE 16TH ST., SUITE 100
BELLEVUE, WA 98006
(206) 734-7614 – PHONE
(206) 274-4836 – FAX
EMAIL: amsale@aberralaw.com

19. The Plaintiff was driving eastbound on 176th Street SW straight through the intersection.

20. The traffic light was a solid green for the Plaintiff.

21. Defendant Sung Chong struck the Plaintiff's vehicle.

22. Defendant Sung Chong was cited for inattention to driving.

23. The Plaintiff was not cited.

24. The Plaintiff is not at fault for this collision.

25. Defendant Sung Chong admitted at the scene of the collision that he was fully at fault for causing the collision.

26. Defendant Sung Chong is 100% liable for the collision.

27. The Plaintiff sustained personal injuries as a result of the collision.

28. The above-referenced acts of Defendant Sung Chong were negligent in that they violated the rules of the road, including but not limited to, failure to keep a proper look out, and failure to avoid causing a collision. Defendant Sung Chong's actions were below the standard of care required by the laws of the State of Washington.

29. Defendant Sung Chong was driving a 2000 Utilimaster Postal Truck owned or leased by Defendant United States Postal Service.

30. At all times relevant to this Complaint, Defendant Sung Chong was an employee of Defendant United States Postal Service.

31. Defendant Sung Chong was acting within the scope and course of his employment during the collision.

32. Defendant Sung Chong was an agent of Defendant United States Postal Service at the time of the collision.

COMPLAINT FOR DAMAGES
UNDER THE FEDERAL TORT CLAIMS ACT – 4

AMSALE ABERRA LAW, PLLC
14205 SE 16TH ST., SUITE 100
BELLEVUE, WA 98006
(206) 734-7614 – PHONE
(206) 274-4836 – FAX
EMAIL: amsale@aberralaw.com

33. Defendant United States Postal Service is 100% liable under the doctrine of respondent superior and agency law because the collision occurred due to the negligence of Defendant Sung Chong.

34. Defendant United States Postal Service is 100% liable for the negligence of hiring an unsafe driver.

35. As a result of Defendant Sung Chong's negligence, the Plaintiff was injured, suffered physical disability and pain, medical expenses, loss of earnings and earning capacity, and other damages.

## V.
## CAUSES OF ACTION

### COUNT I - NEGLIGENCE

36. The Plaintiff realleges each and every allegation in the proceeding paragraphs as though fully set forth here.

37. Defendant Sung Chong breached his duty to the Plaintiff when he caused a collision.

38. As a result of Defendant Sung Chong's tortious conduct, the Plaintiff sustained personal injurie; she has incurred medical expenses and other damages.

39. Defendant United States Postal Service breached its duty to the Plaintiff.

40. At all times relevant to this Complaint, Defendant United States Postal Service had a duty to hire competent operators, drivers, administrators, employees, agents, and staff in order to meet its standard of care owed to the Plaintiff.

41. Defendant United States Postal Service knew, or should have known, that Defendant Sung Chong was not properly trained, and/or supervised in a manner necessary to provide a level of care for the Plaintiff that meet all applicable legal

COMPLAINT FOR DAMAGES
UNDER THE FEDERAL TORT CLAIMS ACT – 5

AMSALE ABERRA LAW, PLLC
14205 SE 16TH ST., SUITE 100
BELLEVUE, WA 98006
(206) 734-7614 – PHONE
(206) 274-4836 – FAX
EMAIL: amsale@aberralaw.com

requirements; that demonstrated the standard and degree of care and skill required of competent drivers; and was consistent with the expertise that Defendant United States Postal Service presented to the community at large.

42. Defendant United States Postal Service breached its duty by negligently hiring incompetent, inexperienced and/or unqualified driver.

43. Defendant United States Postal Service had a duty to retain only competent and adequately trained drivers in order to meet its standards of quality of care to the Plaintiff.

44. Defendant United States Postal Service breached its duty by negligently retaining incompetent, inexperienced, unqualified and/or inadequately trained driver.

45. As a direct result of Defendant United States Postal Service's negligence, the Plaintiff sustained personal injurie; she has incurred medical expenses and other damages, she will continue to incur medical expenses, and other damages in the future; she was forced to endure pain, suffering, and mental anguish, and she will continue to endure pain, suffering, and mental anguish in the future; she has suffered a loss of enjoyment of life, and will continue to suffer loss of enjoyment of life in the future.

46. The acts and/or omissions set forth above would constitute a claim under the law of the State of Washington.

47. Defendant United States Postal Service is liable pursuant to 28 U.S.C. § 1346(b)(1).

**COUNT II - VICARIOUS LIABILITY, RESPONDENT SUPERIOR, OSTENSIBLE AGENCY AND/OR AGENCY**

48. The Plaintiff realleges each and every allegation in the proceeding paragraphs as though fully set forth here.

COMPLAINT FOR DAMAGES
UNDER THE FEDERAL TORT CLAIMS ACT – 6

AMSALE ABERRA LAW, PLLC
14205 SE 16TH ST., SUITE 100
BELLEVUE, WA 98006
(206) 734-7614 – PHONE
(206) 274-4836 – FAX
EMAIL: amsale@aberralaw.com

49. At all times relevant to this Complaint, Defendant Sung Chong was employed by and or acting on behalf of Defendant United States Postal Service.

50. At all times relevant to this Complaint, the directors, officers, operators, administrators, employees, agents, and staffs of Defendant United States Postal Service were employed and or acting on behalf of Defendant.

51. The directors, officers, operators, administrators, employees, agents, and staffs of Defendant United States Postal Service, including Defendant Sung Chong acted within their respective capacity and scopes of employment.

52. The directors, officers, operators, administrators, employees, agents, and staffs of Defendant United States Postal Service, including Defendant Sung Chong negligently and/or recklessly, directly, and proximately caused personal injury to the Plaintiff.

53. As the Direct and proximate result of Defendant United States Postal Service and Defendant Sung Chong's negligence the Plaintiff sustained personal injuries: she has incurred medical expenses, and other damages, and will continue to incur medical expenses, and other damages in the future; she was forced to endure pain, suffering and mental anguish, and will continue to endure pain, suffering, and mental anguish in the future; she has suffered a loss of enjoyment of life, and will continue to suffer loss of enjoyment of life in the future.

54. The acts and/or omissions set forth above would constitute a claim under the law of the State of Washington.

55. Defendant United States Postal Service is liable pursuant to 28 U.S.C. § 1346(b)(1).

# VI.
# PRAYER FOR RELIEF

COMPLAINT FOR DAMAGES
UNDER THE FEDERAL TORT CLAIMS ACT – 7

AMSALE ABERRA LAW, PLLC
14205 SE 16TH ST., SUITE 100
BELLEVUE, WA 98006
(206) 734-7614 – PHONE
(206) 274-4836 – FAX
EMAIL: amsale@aberralaw.com

**WHEREFORE**, the Plaintiff does hereby pray that judgment be entered in her favor and against all the Defendants as follows:

A. Medical expenses, pain and suffering, future impairment, and loss of enjoyment of life totaling $330,747.32;

B. For all other damages in such amount as proven;

C. For attorney fees and costs; and

D. For such other and further relief as the court deems just and equitable.

## VII.
## JURY DEMAND

Plaintiff demands a trial by jury, pursuant to Rule 38(d) of the Federal Rules of Civil Procedure, on all issues on which Plaintiff is so entitled.

DATED this 1st day of April, 2022.

    AMSALE ABERRA LAW, PLLC

    Respectfully submitted,

    By: s/ Amsale Aberra_____
    Amsale Aberra
    Washington State Bar No. 49084

    By: s/ Zebeaman Chekol_____
    Zebeaman Chekol
    Washington State Bar No. 53941

    AMSALE ABERRA LAW, PLLC
    14205 SE 36th St. Suite 100
    Bellevue, WA 98006
    Tel: +1 206.734.7614
    Fax: +1 206.274.4836
    Email: amsale@aberralaw.com
           zchekol@aberralaw.com
    Attorneys for Plaintiff

COMPLAINT FOR DAMAGES
UNDER THE FEDERAL TORT CLAIMS ACT – 8

AMSALE ABERRA LAW, PLLC
14205 SE 16TH ST., SUITE 100
BELLEVUE, WA 98006
(206) 734-7614 – PHONE
(206) 274-4836 – FAX
EMAIL: amsale@aberralaw.com