The Honorable Ricardo S. Martinez

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| SARA G. BIRRU,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>UNITED STATES POSTAL SERVICE, et al.,<br><br>　　　　　Defendants. | Case No. 2:22-cv-00414-RSM<br><br>STIPULATION AND ORDER OF DISMISSAL<br><br>Noted for Consideration:<br>August 19, 2022 |

### JOINT STIPULATION

The parties hereto, by and through their respective counsel of record, hereby stipulate that this action, including any and all claims, counterclaims and cross-claims, whether for indemnity and/or contribution by and among the parties hereto, and any and all others, whether or not actually asserted to date, shall be dismissed with prejudice without costs or fees to either party.

The parties further stipulate that this matter has been fully compromised and settled.

//

//

//

STIPULATION AND ORDER OF DISMISSAL
Case No. 2:22-cv-00414-RSM
PAGE– 1

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

**SO STIPULATED**.

Dated this 19th day of August, 2022.

        AMSALE ABERRA LAW, PLLC

        *s/ Amsale Aberra*
        AMSALE ABERRA, WSBA No. 49084
        ZEBEAMAN CHEKOL, WSBA No. 53941
        Amsale Aberra Law, PLLC
        14205 SE 36th Street, Suite 100
        Bellevue, WA 98006
        Phone: 206-734-7614
        Fax: 206-274-4836
        Email: amsale@aberralaw.com
        Email: zchekol@aberralaw.com

        *Attorneys for Plaintiff*

**SO STIPULATED**.

Dated this 19th day of August, 2022.

        Respectfully submitted,

        NICHOLAS W. BROWN
        United States Attorney

        *s/ Whitney Passmore*
        WHITNEY PASSMORE, FL No. 91922
        Assistant United States Attorneys
        United States Attorney's Office
        700 Stewart Street, Suite 5220
        Seattle, Washington 98101-1271
        Phone:  206-553-7970
        Fax:  206-553-4067
        Email:  whitney.passmore@usdoj.gov

        *Attorney for the United States of America*

STIPULATION AND ORDER OF DISMISSAL
Case No. 2:22-cv-00414-RSM
PAGE– 2

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

**MODIFIED ORDER**

The parties having so stipulated and agreed, it is hereby **ORDERED** that this case is dismissed with prejudice and without costs or fees to either party.

DATED this 22nd day of August, 2022.

*[signature]*

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

STIPULATION AND ORDER OF DISMISSAL
Case No. 2:22-cv-00414-RSM
PAGE– 3

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970